IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD SHAWLEY | : | Civil Action No. 2:23-cv-00202-NBF |
| Plaintiff, | : : | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | : : | |
| AMERICAN STATES INSURANCE COMPANY | : : | Judge Nora Barry Fischer |
| Defendant. | : : | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

NOW COMES, the Plaintiff, RICHARD SHAWLEY, by counsel Eric T. Chaffin, Patrick C. Booth, Justin D. Joseph, and Chaffin Luhana LLP, and the Defendant, AMERICAN STATES INSURANCE COMPANY, by counsel Patricia A. Monahan and Marshall Dennehey Warner Coleman and Goggin, hereby representing to the Court that all matters in controversy between the parties have been settled and compromised and that the parties jointly move the Court to dismiss this matter with prejudice. The Court, being advised of the premises herein and finding no objection thereto, hereby ORDERS that this action is dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

Entered this __17th__ day of __August__, 2023.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge